**Eyal RAZ, Appellant,**

v.

**Arthur M. KRIEG and Joel Kline, Appellees.**

No. 2009–1245.

United States Court of Appeals, Federal Circuit.

June 3, 2009.

Oliver R. Ashe, Jr., Ashe, P.C., Reston, VA, for Appellant.

Lawrence M. Green, Wolf, Greenfield & Sacks, P.C., Boston, MA, for Appellees.

ON MOTION

*ORDER*

Upon consideration of the appellant's motion to withdraw this appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.